1  **STEVEN P. COHN, ESQ.   SBN 96808**
   ADVOCACY CENTER FOR EMPLOYMENT LAW
2  2084 Alameda Way
   San Jose, California  95126
3  Telephone:  (408) 557-0300
   Facsimile: (408) 557-0309
4

5  Attorneys for Defendants
   LMZ, INC., individually and dba VITO'S PIZZA,
6  and GUISEPPI MINI

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9                    (SAN JOSE DIVISION)

10 | RAUL DOMINGUEZ,                        | Case No.  C06-03902 JW PVT
11 |       Plaintiff,                       |
12 |   vs.                                  | **STIPULATION AND [PROPOSED
   |                                        | ORDER] SELECTING ADR PROCESS**
13 | LMZ, INC., dba VITO'S PIZZA, INC., et al. |
14 |       Defendants                       |

15     Counsel report that they have met and conferred regarding ADR and have reached the
16 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.
17     The parties agree to participate in the following ADR process: Early Neutral Evaluation
18 (ENE) (ADR L.R. 5).
19     The parties agree to hold the ADR session by the presumptive deadline of 90 days from
20 the date of the Court's Order referring the case to the ENE process.
21 Dated: October 11, 2006         DAL BON & WANG
22

23                                 By:      JAMES DAL BON  /S/
                                   JAMES DAL BON, ESQ., Attorneys for Plaintiff
24                                 RAUL DOMINGUEZ

25 Dated October 10, 2006          ADVOCACY CENTER FOR EMPLOYMENT LAW

26                                 By:        STEVEN P. COHN /S/
                                   STEVEN P. COHN, ESQ., Attorneys for Defendants LMZ,
27                                 INC., and GUISEPPI MINI

28