IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Raul Dominguez, | NO. C 06-03902 JW |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LMZ Inc., et al., | |
| Defendants. | |

The Court conducted a case management conference on October 30, 2006. In light of the discussion with the parties' counsel at the conference, the Court refers the parties to Early Neutral Evaluation. The parties are directed to contact the Court's ADR Program at (415) 522-2199 no later than ten (10) days from the date of this Order.

A further case management conference is set for **April 2, 2007 at 10:00 a.m.** The parties shall file an updated joint case management statement in accordance with the local rules.

Dated: October 30, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang waqw@sbcglobal.net
Steven Paul Cohn spcohnlaw@aol.com

| | |
|---|---|
| **Dated: October 30, 2006** | **Richard W. Wieking, Clerk** |
| | **By: /s/ JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |