IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Raul Dominguez, | NO. C 06-03902 JW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| LMZ Inc, et al., | |
| Defendants. | |

On January 24, 2008, the parties informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 18.) In light of the settlement, the Court vacated all trial and pretrial dates and gave the parties until **April 2, 2008** to file a Stipulated Dismissal pursuant to Federal Rule of Civil Procedure 41(a). (See Docket Item No. 19.) Since the parties did not file the required Stipulated Dismissal, on April 7, 2008, the Court conducted a hearing on an Order to Show Cause Re: Settlement. Counsel for Plaintiff appeared on behalf of Plaintiff. No one appeared for Defendants. (See Docket Item No. 20.)

In light of Plaintiff's representations on the record that Defendants have tendered payment pursuant to the parties' Settlement Agreement, the Court orders this case DISMISSED.

The Clerk shall close this file.

Dated: April 8, 2008

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang waqw@sbcglobal.net
James Dal Bon jdblaw@earthlink.net
Steven Paul Cohn spcohnlaw@aol.com

**Dated:  April 8, 2008**                                      **Richard W. Wieking, Clerk**

                                                               **By:      /s/ JW Chambers          **
                                                                        **Elizabeth Garcia**
                                                                        **Courtroom Deputy**